| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Neil R. Hedtke 273319<br>820 N Mountain Ave.<br>Suite 109<br>Upland, CA 91786<br>909-579-2233 Fax: 866-618-1622<br>273319 CA<br>hedtkelg@gmail.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Wesley L Stevens<br>Vanessa Lyn Stevens<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/06/2019    Wesley L Stevens    _[signature]_
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/06/2019    Vanessa Lyn Stevens    /s/ Vanessa Stevens
                    Printed name of Debtor 2    Signature of Debtor 2

**WORKSITE INFORMATION**
Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91739 Ph:909-493-1408

| EMPLOYEE NAME | COMPANY NAME | | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | | 7438 | 102 | xxx-xx- | 12/7/2018 | 12176244 |
| | | PAY PERIOD | | | NET PAY | DIR DEPOSIT | CHECK AMT |
| | | 11/26/2018 thru 12/2/2018 | | | 1,625.39 | 1,625.39 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary | | | | 2,000.00 | Fed Income Tax | 138.98 | 6,732.12 |
| Salary - Officers | 40.0000 | 50.0000 | 2,000.00 | 89,200.00 | Social Security | 124.00 | 5,927.20 |
| Holiday Pay - Salary | | | | 2,800.00 | Medicare | 29.00 | 1,386.20 |
| Reimbursement -Nontaxable | | | | 29,050.00 | CA State W/H | 62.63 | 2,975.57 |
| PTO Salary | | | | 1,600.00 | CASDI | 20.00 | 956.00 |
| Total Earnings | | | 2,000.00 | 124,650.00 | Total Taxes | 374.61 | 17,977.09 |
| | | | | | Net Check | | 4,876.17 |
| | | | | | Total Deductions | 0.00 | 4,876.17 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418     1,625.39
Total Direct                1,625.39

**WORKSITE INFORMATION**
Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91739 Ph:909-493-1408

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No. |
|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | 7438 | 102 | xxx-xx-**** | 12/17/2018 | 12184630 |
| | | PAY PERIOD | | NET PAY | DIR DEPOSIT | CHECK AMT |
| | | 12/3/2018 thru 12/9/2018 | | 1,625.39 | 1,625.39 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary | | | | 2,000.00 | Fed Income Tax | 138.98 | 6,871.10 |
| Salary - Officers | 40.0000 | 50.0000 | 2,000.00 | 91,200.00 | Social Security | 124.00 | 6,051.20 |
| Holiday Pay - Salary | | | | 2,800.00 | Medicare | 29.00 | 1,415.20 |
| Reimbursement -Nontaxable | | | | 29,050.00 | CA State W/H | 62.63 | 3,038.20 |
| PTO Salary | | | | 1,600.00 | CASDI | 20.00 | 976.00 |
| Total Earnings | | | 2,000.00 | 126,650.00 | Total Taxes | 374.61 | 18,351.70 |
| | | | | | Net Check | | 4,876.17 |
| | | | | | Total Deductions | 0.00 | 4,876.17 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418     1,625.39
Total Direct               1,625.39

## WORKSITE INFORMATION

Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 924 Rancho Cucamonga, CA 91739 Ph:909-493-4108

| EMPLOYEE NAME | COMPANY NAME | | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No. |
|---|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | | 7438 | 102 | xxx-xx-**** | 12/21/2018 | 12191283 |
| | | PAY PERIOD | | NET PAY | | DIR DEPOSIT | CHECK AMT |
| | | 12/10/2018 thru 12/16/2018 | | 1,625.39 | | 1,625.39 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary | | | | 2,000.00 | Fed Income Tax | 138.98 | 7,010.08 |
| Salary - Officers | 40.0000 | 50.0000 | 2,000.00 | 93,200.00 | Social Security | 124.00 | 6,175.20 |
| Holiday Pay - Salary | | | | 2,800.00 | Medicare | 29.00 | 1,444.20 |
| Reimbursement -Nontaxable | | | | 29,050.00 | CA State W/H | 62.63 | 3,100.83 |
| PTO Salary | | | | 1,600.00 | CASDI | 20.00 | 996.00 |
| Total Earnings | | | 2,000.00 | 128,650.00 | Total Taxes | 374.61 | 18,726.31 |
| | | | | | Net Check | | 4,876.17 |
| | | | | | Total Deductions | 0.00 | 4,876.17 |

\* Exempt from Federal W/H, FICA and Medicare  
\*\* Exempt from Federal W/H

CHECKING Acct:\*\*\*\*6418    1,625.39  
Total Direct                1,625.39

**WORKSITE INFORMATION**

Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91739 Ph:909-495-1108

| EMPLOYEE NAME | COMPANY NAME | | | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | | | 7438 | 102 | xxx-xx-XXXX | 12/28/2018 | 12202098 |
| | | | | PAY PERIOD | | NET PAY | DIR DEPOSIT | CHECK AMT |
| | | | | 12/17/2018 thru 12/23/2018 | | 1,625.39 | 1,625.39 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary | | | | 2,000.00 | Fed Income Tax | 138.98 | 7,149.06 |
| Salary - Officers | 40.0000 | 50.0000 | 2,000.00 | 95,200.00 | Social Security | 124.00 | 6,299.20 |
| Holiday Pay - Salary | | | | 2,800.00 | Medicare | 29.00 | 1,473.20 |
| Reimbursement -Nontaxable | | | | 29,050.00 | CA State W/H | 62.63 | 3,163.46 |
| PTO Salary | | | | 1,600.00 | CASDI | 20.00 | 1,016.00 |
| Total Earnings | | | 2,000.00 | 130,650.00 | Total Taxes | 374.61 | 19,100.92 |
| | | | | | Net Check | | 4,876.17 |
| | | | | | Total Deductions | 0.00 | 4,876.17 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418      1,625.39
Total Direct                1,625.39

**WORKSITE INFORMATION**

Quandary Construction, Inc. 12223 Highland Ave. Suite 106   Box 324 Rancho Cucamonga, CA 91739 Ph:909-4954108

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No. |
|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | 7438 | 102 | xxx-xx-xxxx | 1/11/2019 | 12209512 |

| | PAY PERIOD | NET PAY | DIR DEPOSIT | CHECK AMT |
|---|---|---|---|---|
| | 12/24/2018 thru 12/30/2018 | 0.00 | 0.00 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary - Officers | 16.0000 | 50.0000 | 800.00 | 800.00 | Fed Income Tax | 137.46 | 137.46 |
| Holiday Pay - Salary | 24.0000 | 50.0000 | 1,200.00 | 1,200.00 | Social Security | 124.00 | 124.00 |
| Total Earnings | | | 2,000.00 | 2,000.00 | Medicare | 29.00 | 29.00 |
| | | | | | CA State W/H | 58.28 | 58.28 |
| | | | | | CASDI | 20.00 | 20.00 |
| | | | | | Total Taxes | 368.74 | 368.74 |
| | | | | | Net Check | 1,631.26 | 1,631.26 |
| | | | | | Total Deductions | 1,631.26 | 1,631.26 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:\*\*\*\*6418
Total Direct                    0.00

## WORKSITE INFORMATION
Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91739 Ph:909-493-1108

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|
| Stevens, Wesley | Quandary Construction, Inc. | 7438 | 102 | xxx-x | 1/11/2019 | 12217515 |
| | | PAY PERIOD | | NET PAY | DIR DEPOSIT | CHECK AMT |
| | | 12/31/2018 thru 1/6/2019 | | 1,197.49 | 1,197.49 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Hourly Wages | | | | 0.00 | Fed Income Tax | 65.46 | 202.92 |
| Salary - Officers | | | 1,400.00 | 2,200.00 | Social Security | 86.80 | 210.80 |
| Holiday Pay - Salary | | | | 1,200.00 | Medicare | 20.30 | 49.30 |
| Total Earnings | | | 1,400.00 | 3,400.00 | CA State W/H | 15.95 | 74.23 |
| | | | | | CASDI | 14.00 | 34.00 |
| | | | | | Total Taxes | 202.51 | 571.25 |
| | | | | | Net Check | | 1,631.26 |
| | | | | | Total Deductions | 0.00 | 1,631.26 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:\*\*\*\*6418    1,197.49
Total Direct                1,197.49

**WORKSITE INFORMATION**
Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91739 Ph:909-493-1108

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|
| Stevens, Vanessa | Quandary Construction, Inc. | 7438 | 101 | xxx- | 12/7/2018 | 12176243 |

| PAY PERIOD | NET PAY | DIR DEPOSIT | CHECK AMT |
|---|---|---|---|
| 11/26/2018 thru 12/2/2018 | 631.57 | 631.57 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary - Officers | 40.0000 | 17.5000 | 700.00 | 23,100.00 | Fed Income Tax | 7.88 | 301.54 |
| Holiday Pay - Salary | | | | 840.00 | Social Security | 43.40 | 1,519.00 |
| PTO Salary | | | | 560.00 | Medicare | 10.15 | 355.25 |
| Total Earnings | | | 700.00 | 24,500.00 | CASDI | 7.00 | 245.00 |
| | | | | | Total Taxes | 68.43 | 2,420.79 |
| | | | | | Net Check | | 631.57 |
| | | | | | Total Deductions | 0.00 | 631.57 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418    631.57
Total Direct              631.57

**WORKSITE INFORMATION**
Quandary Construction, Inc. 12223 Highland Ave. Suite 106   Box 524 Rancho Cucamonga, CA 91739 PH:909-493-1108

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL. ID | SOCIAL SECURITY | CHECK DATE | CHECK No. |
|---|---|---|---|---|---|---|
| Stevens, Vanessa | Quandary Construction, Inc. | 7438 | 101 | xxx-x | 12/17/2018 | 12184629 |

| PAY PERIOD | NET PAY | DIR DEPOSIT | CHECK AMT |
|---|---|---|---|
| 12/3/2018 thru 12/9/2018 | 631.57 | 631.57 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary - Officers | 40.0000 | 17.5000 | 700.00 | 23,800.00 | Fed Income Tax | 7.88 | 309.42 |
| Holiday Pay - Salary | | | | 840.00 | Social Security | 43.40 | 1,562.40 |
| PTO Salary | | | | 560.00 | Medicare | 10.15 | 365.40 |
| Total Earnings | | | 700.00 | 25,200.00 | CASDI | 7.00 | 252.00 |
| | | | | | Total Taxes | 68.43 | 2,489.22 |
| | | | | | Net Check | | 631.57 |
| | | | | | Total Deductions | 0.00 | 631.57 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418     631.57
Total Direct                       631.57

### WORKSITE INFORMATION
Quandary Construction, Inc. 12223 Highland Ave. Suite 106  Box 324 Rancho Cucamonga, CA 91729 PH:909-493-1408

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|
| Stevens, Vanessa | Quandary Construction, Inc. | 7438 | 101 | xxx | 12/28/2018 | 12202097 |
| | | PAY PERIOD | | NET PAY | DIR DEPOSIT | CHECK AMT |
| | | 12/17/2018 thru 12/23/2018 | | 631.57 | 631.57 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary - Officers | 40.0000 | 17.5000 | 700.00 | 24,500.00 | Fed Income Tax | 7.88 | 317.30 |
| Holiday Pay - Salary | | | | 840.00 | Social Security | 43.40 | 1,605.80 |
| PTO Salary | | | | 560.00 | Medicare | 10.15 | 375.55 |
| Total Earnings | | | 700.00 | 25,900.00 | CASDI | 7.00 | 259.00 |
| | | | | | Total Taxes | 68.43 | 2,557.65 |
| | | | | | Net Check | | 631.57 |
| | | | | | Total Deductions | 0.00 | 631.57 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:\*\*\*\*6418     631.57
Total Direct                631.57

**WORKSITE INFORMATION**

Quandary Construction, Inc. 12223 Highland Ave. Suite 106 Box 824 Rancho Cucamonga, CA 91739 Ph:909-493-4108

| EMPLOYEE NAME | COMPANY NAME | CLIENT ID | EMPL ID | SOCIAL SECURITY | CHECK DATE | CHECK No |
|---|---|---|---|---|---|---|
| Stevens, Vanessa | Quandary Construction, Inc. | 7438 | 101 | xxx-xx- | 1/11/2019 | 12209511 |

| PAY PERIOD | NET PAY | DIR DEPOSIT | CHECK AMT |
|---|---|---|---|
| 12/24/2018 thru 12/30/2018 | 0.00 | 0.00 | 0.00 |

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Salary - Officers | 32.0000 | 17.5000 | 280.00 | 280.00 | Fed Income Tax | 6.92 | 6.92 |
| Holiday Pay - Salary | 8.0000 | 17.5000 | 420.00 | 420.00 | Social Security | 43.40 | 43.40 |
| Total Earnings | | | 700.00 | 700.00 | Medicare | 10.15 | 10.15 |
| | | | | | CASDI | 7.00 | 7.00 |
| | | | | | Total Taxes | 67.47 | 67.47 |
| | | | | | Net Check | 632.53 | 632.53 |
| | | | | | Total Deductions | 632.53 | 632.53 |

\* Exempt from Federal W/H, FICA and Medicare
\*\* Exempt from Federal W/H

CHECKING Acct:****6418
Total Direct                    0.00